AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-00317

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Aetna Life Insurance Company</u> was received by me on *(date)* <u>Sep 25, 2023, 8:30 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Aetna Life Insurance Company by delivering to C.T. Corporation System, registered agent, accepted by Omotayo Adeshiyan, Intake Specialist</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Aetna Life Insurance Company by delivering to C.T. Corporation System, registered agent</u> on *(date)* <u>Mon, Sep 25 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: September 25, 2023

*Server's signature*

Keith Lowery PSC802  expires: 7/31/2023

*Printed name and title*

PO Box 495842, GARLAND, TX 75049

*Server's address*