IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KRAFT HEINZ COMPANY EMPLOYEE BENEFITS ADMINISTRATION BOARD, KRAFT HEINZ COMPANY GROUP BENEFITS PLAN, KRAFT HEINZ COMPANY RETIREE GROUP BENEFITS PLAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>*Defendant*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00317-JRG |

## ORDER

In view of the parties' Notice of Agreed Mediator (Dkt. No. 9), the Court hereby **ORDERS** that the Honorable Diane M. Welsh, 1717 Arch Street, Ste. 3810, Philadelphia, Pennsylvania, 19103, telephone (215) 246-9494, fax (215) 246-0949, email: BMcNamara@JAMSADR.com is **APPOINTED** as Mediator in the above-captioned matter. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local

Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**So Ordered this**

**Dec 8, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE