IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KRAFT HEINZ COMPANY EMPLOYEE BENEFITS ADMINISTRATION BOARD, KRAFT HEINZ COMPANY GROUP BENEFITS PLAN, KRAFT HEINZ COMPANY RETIREE GROUP BENEFITS PLAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> *Defendant*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00317-JRG |

# ORDER

Before the Court is the Notice of Dismissal with Prejudice Under Rule 41(a)(1)(A)(i) (the "Notice") filed by Plaintiff the Kraft Heinz Company Employee Benefits Administration Board, Kraft Heinz Company Group Benefits Plan, and Kraft Heinz Company Retiree Group Benefits Plan (collectively, "Plaintiffs"). (Dkt. No. 13). In the Notice, Plaintiffs inform the Court that they voluntarily dismiss the above-captioned action against Defendant Aetna Life Insurance Company with prejudice to refiling pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 15th day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE